*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 12/8/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: ) | |
| ) | |
| DAWN ELLEN SHRUM, ) | |
| 400 WHISTLER COVER ) | |
| FRANKLIN, TN 37067 ) | Chapter 11 |
| SSN XXX-XX-7666 ) | Case No.: 14-07965-MFH |
| ) | Judge HARRISON |
| ) | |
| ) | |
| Debtor-in-possession. ) | |

**AGREED ORDER DISMISSING BANKRUPTCY AND BARRING DEBTOR FROM FILING ANY ADDITIONAL BANKRUPTCY PETITION FOR NINE MONTHS**

This matter came before this Honorable Court on December 2, 2014 upon a Motion to Voluntarily Dismiss Case (the "Motion") (Docket No. 27) filed by the Debtor. The only opposition to the Motion was a Limited Objection to Debtor's Motion to Voluntarily Dismiss Case ("Objection") filed by creditor Select Portfolio Servicing, Inc. ("SPS") (Docket No. 33). The Debtor and SPS have reached an agreement, as evidenced by the signatures of the parties' respective counsel below, and based on the agreement and the pleadings and statements of counsel in open court, the Court finds good cause supporting the relief contained herein and, accordingly, **ORDERS** that this bankruptcy case is dismissed and that Debtor is prohibited from filing any bankruptcy petition in any court within nine (9) months from the date of this Order.

**IT IS, THEREFORE, ORDERED** that the Chapter 11 Bankruptcy filed by the Debtor is **DISMISSED** subject to the conditions contained herein.

**IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Telephone: (615) 256-8300
Facsimile: (615) 255-4516
Email: slefkovitz@lefkovitz.com

*Counsel for Dawn Shrum*

AND

/s/ Zachary D. Miller
David W. Houston, IV (BPR# 020802)
Zachary D. Miller (BPR# 032674)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com
zmiller@burr.com

*Counsel for Select Portfolio Servicing, Inc.*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-bk-07965   Doc 38   Filed 12/09/14   Entered 12/09/14 06:49:17   Desc Main Document      Page 2 of 2